# United States Court of Appeals for the Federal Circuit

_____

April 24, 2014

**ERRATA**

_____

Appeal No. 2013-1622

**IN RE ANDERS WALLEN**

Decided: April 23, 2014
Nonprecedential Opinion

_____

Page 3, line 18, "(2012)" has been changed to --(2006)--.